IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TODD PARKS**                                                                                        **PLAINTIFF**

v.                                       **CASE NO. 4:22-CV-00778-BSM**

**SCOTT PARKS**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE